49 So.2d 926

## William D. JOHNSON v. CITY OF JASPER.

### 6 Div. 52.

Court of Appeals of Alabama.
Nov. 30, 1950.

Appeal from Circuit Court, Walker County; Roy Mayhall, Judge.

PER CURIAM.

Appeal dismissed.

49 So.2d 925

## Percy B. JOHNSON v. STATE.

### 6 Div. 47.

Court of Appeals of Alabama.
Dec. 5, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.

Affirmed.

47 So.2d 923

## Robert M. JOHNSTON v. STATE.

### 6 Div. 48.

Court of Appeals of Alabama.
June 27, 1950.

Appeal from Circuit Court, Walker County; Roy Mayhall, Judge.

Grand larceny.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed motion of appellant.

47 So.2d 923

## B. H. (alias Boss) JONES v. STATE.

### 5 Div. 321.

Court of Appeals of Alabama.
May 16, 1950.

Appeal from Circuit Court, Chilton County; Oakley W. Melton, Judge.

Violating prohibition law.

J. B. Atkinson, of Clanton, for appellant.

A. A. Carmichael, Atty. Gen., and Alfred W. Goldthwaite, Asst. Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

44 So.2d 35

## Mattie Lou JONES v. STATE.

### 6 Div. 851.

Court of Appeals of Alabama.
Dec. 20, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Assault and battery with weapon.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

44 So.2d 35

## Odar JONES v. STATE.

### 6 Div. 849.

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Tuscaloosa County; Reuben H. Wright, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.